UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:<br>WILLIE A. WATKINS and CHEROL K. WATKINS<br>　　　Debtor(s) | BCN#: 10-36185\DOT<br>Chapter: 13 |

The Bank of New York Mellon Trust Company, N.A. as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank, as Trustee For Truman Capital Mortgage Loan Trust 2005-1 or present noteholder,
　　　Movant/Secured Creditor,

v.

WILLIE A. WATKINS and CHEROL K. WATKINS
　　　Debtor(s)
and
ROBERT E. HYMAN
　　　Trustee
　　　Respondents

## AMENDED ORDER

For good cause shown, and WHEREAS, the parties are in agreement, and all creditors on the mailing matrix having been served with the motion to allow late claim;

IT IS ORDERED, that a proof of claim will be filed within 30 days upon entry of order and that The Bank of New York Mellon Trust Company, N.A. as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank, as Trustee For Truman Capital Mortgage Loan Trust 2005-1's Proof of Claim for $4,353.17, shall be allowed.

Dated: Apr 19 2011

　　　　　　　　　　　　　　　　　　/s/ Douglas O. Tice Jr.
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

Notice of Judgment or
Order Entered on Docket: 4/20/11

I ASK FOR THIS:

/S/ TRENITA JACKSON STEWART
_____
TRENITA JACKSON STEWART, ESQUIRE
Counsel for Movant

SEEN, AGREED TO;

/S/ JASON M. KRUMBEIN
_____
JASON M. KRUMBEIN, ESQUIRE
Attorney for Debtors

/S/ ROBERT E. HYMAN
_____
ROBERT E. HYMAN
Trustee

I certify that the foregoing Order has been endorsed by and served upon the parties to the action.

/S/ TRENITA JACKSON STEWART
_____
TRENITA JACKSON STEWART, ESQUIRE
Counsel for Movant


   Copies of this order are to be sent to:

SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462

JASON M. KRUMBEIN, ESQUIRE
1650 WILLOW LAWN DRIVE
SUITE 300
RICHMOND, VA 23230

ROBERT E. HYMAN
P.O. BOX 1780
RICHMOND, VA 23218-1780

WILLIE A. & CHEROL K. WATKINS
1833 JONESBORO ROAD
Kenbridge, VA 23944


10-193437V

United States Bankruptcy Court
Eastern District of Virginia

```
In re:                                                              Case No. 10-36185-DOT
Willie A Watkins                                                    Chapter 13
Cherol K Watkins
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: alleyk              Page 1 of 1             Date Rcvd: Apr 20, 2011
                              Form ID: pdforder         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2011.
db/jdb        +Willie A Watkins,    Cherol K Watkins,    1833 Jonesboro Rd.,    Kenbridge, VA 23944-2101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2011**                    **Signature:** _/s/ Joseph Speetjens_